**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Fisher,* Slip Opinion No. 2019-Ohio-4226.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2019-OHIO-4226

THE STATE OF OHIO, APPELLEE, *v*. FISHER, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Fisher,* Slip Opinion No. 2019-Ohio-4226.]**

*Certification of conflict dismissed as having been improvidently certified.*

(No. 2019-0158—Submitted October 2, 2019—Decided October 21, 2019.)

CERTIFIED by the Court of Appeals for Meigs County,
No. 18CA18, 2018-Ohio-5018.

_____

{¶ 1} The certification of conflict is dismissed, sua sponte, as having been improvidently certified.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, and DONNELLY, JJ., concur.

STEWART, J., dissents and would answer the certified question in the negative, reverse the judgment of the court of appeals, and remand the cause for further proceedings.

_____

Dewayne R. Fisher, pro se.

_____